|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA |
| DAISY CORTES AND ROBERT CORTES, | CASE NO: |
| Plaintiff, | |
| v. | |
| JESSICA PABON, individually, and MARCIO MENA TRANSPORTATION, INC., | |
| Defendants._____/ | |

# COMPLAINT

COMES NOW the Plaintiffs, DAISY CORTES AND ROBERT CORTES, by and through her undersigned counsel and hereby sues the Defendants, JESSICA PABON, individually, and MARCIO MENA TRANSPORTATION, INC., and says:

1. This is an action for damages which exceeds the jurisdictional requirements of this Court.

2. This Court has jurisdiction over the parties and subject matter of this action in that:

    (a) Defendant, JESSICA PABON, is a resident of Florida;

    (b) Defendant, MARCIO MENA TRANSPORTATION, INC., is a Florida Profit Corporations doing business in the State of Florida, more specifically in Orlando, Orange County, Florida;

    (c) Defendant, JESSICA PABON, was an agent, servant and/or employee of Defendant, MARCIO MENA TRANSPORTATION, INC., and was working in the course and scope of such agency relationship; and

    (d) The incident giving rise to the instant action occurred in Orlando, Orange County, Florida.

## FACTS COMMON TO ALL COUNTS

3. On or about August 17, 2018, Defendant, JESSICA PABON, was operating a motor vehicle on Jeff Fuqua Blvd. in Orlando, Orange County, Florida owned by Defendant, MARCIO MENA TRANSPORTATION, INC.

4. At the time and place described above, Defendant, JESSICA PABON, negligently operated and maintained the motor vehicle so that it collided with a vehicle occupied by Plaintiffs, DAISY CORTES and ROBERT CORTES, causing significant injuries.

5. At the time and place described above, EMMANUEL GEORGE negligently operated the vehicle owned by MEARS DESTINATION SERVICES, INC.

6. At all times material hereto, Defendant, JESSICA PABON, was an agent, servant, and/or employee of Defendant, MARCIO MENA TRANSPORTATION, INC., and was working in the course and scope of such agency relationship at the time of the collision.

7. Defendant, MARCIO MENA TRANSPORTATION, INC., was vicariously liable for the actions of Defendant, JESSICA PABON, and JESSICA PABON'S negligent operation of the motor vehicle caused a significant impact to the vehicle occupied by the Plaintiffs, causing significant injuries.

## COUNT I
## DAISY CORTES NEGLIGENCE CLAIM AGAINST JESSICA PABON

8. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 7 as if fully set forth herein.

9. Defendant, JESSICA PABON, negligently operated or maintained the Motor vehicle owned by Defendant, MARCIO MENA TRANSPORTATION, INC., causing it to impact the vehicle occupied by Plaintiff, DAISY CORTES.

10. At all times material hereto, Defendant, JESSICA PABON, was an agent, servant, and/or employee of Defendant, MARCIO MENA TRANSPORTATION, INC., and was working in the course and scope of such agency relationship at the time of the collision

11. As a direct and proximate result of the negligence of the Defendant, JESSICA PABON, Plaintiff, DAISY CORTES, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, DAISY CORTES, demands judgment for damages against Defendant, JESSICA PABON, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## COUNT II
## DAISY CORTES VICARIOUS NEGLIGENCE CLAIM AGAINST DEFENDANT MARCIO MENA TRANSPORTATION, INC.

12. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 7 as if fully set forth herein.

13. Defendant, MARCIO MENA TRANSPORTATION, INC., owed a duty of care to motorists lawfully using the public and private roads in the State of Florida.

14. That on August 17, 2018, Defendant, JESSICA PABON, was operating a Motor vehicle, with Defendant, MARCIO MENA TRANSPORTATION, INC.'s, expressed and/or implied permission.

15. That on August 17, 2018, Defendant, JESSICA PABON, was working in the course and scope of her employment with Defendant, MARCIO MENA TRANSPORTATION, INC.

16. At all times material hereto, Defendant, MARCIO MENA TRANSPORTATION, INC., controlled the conduct of Defendant, JESSICA PABON, at the time of the collision involving its Motor vehicle.

17. Defendant, JESSICA PABON, negligently operated or maintained the Motor vehicle, owned by Defendant, MARCIO MENA TRANSPORTATION, INC., causing it to impact the vehicle occupied by Plaintiff, DAISY CORTES.

18. As the principal, master and/or employer of Defendant, JESSICA PABON, Defendant, MARCIO MENA TRANSPORTATION, INC., is vicariously liable for the fault of Defendant, JESSICA PABON.

19. That by virtue of being the owner of the subject Motor vehicle, Defendant, MARCIO MENA TRANSPORTATION, INC., is vicariously negligent to the same degree as Defendant, JESSICA PABON.

20. As a direct and proximate result of the negligence of Defendant, JESSICA PABON, and Defendant, MARCIO MENA TRANSPORTATION, INC., Plaintiff, DAISY CORTES, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, DAISY CORTES, demands judgment for damages against Defendant, MARCIO MENA TRANSPORTATION, INC., including costs of this action, and further demands a trial by jury on all issues so triable.

## COUNT III
## ROBERT CORTES NEGLIGENCE CLAIM AGAINST DEFENDANT JESSICA PABON

21. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 7 as if fully set forth herein.

22. Defendant, JESSICA PABON, negligently operated or maintained the Motor vehicle owned by Defendant, MARCIO MENA TRANSPORTATION, INC., causing it to impact the vehicle occupied by Plaintiff, ROBERT CORTES.

23. At all times material hereto, Defendant, JESSICA PABON, was an agent, servant, and/or employee of Defendant, MARCIO MENA TRANSPORTATION, INC., and was working in the course and scope of such agency relationship at the time of the collision

24. As a direct and proximate result of the negligence of the Defendant, JESSICA PABON, Plaintiff, ROBERT CORTES, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, ROBERT CORTES, demands judgment for damages against Defendant, JESSICA PABON, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## COUNT IV
## ROBERT CORTES VICARIOUS NEGLIGENCE CLAIM AGAINST DEFENDANT MARCIO MENA TRANSPORTATION, INC.

25. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 7 as if fully set forth herein.

26. Defendant, MARCIO MENA TRANSPORTATION, INC., owed a duty of care to motorists lawfully using the public and private roads in the State of Florida.

27. That on August 17, 2018, Defendant, JESSICA PABON, was operating a Motor vehicle, with Defendant, MARCIO MENA TRANSPORTATION, INC.'s, expressed and/or implied permission.

28. That on August 17, 2018, Defendant, JESSICA PABON, was working in the course and scope of his employment with Defendant, MARCIO MENA TRANSPORTATION, INC.

29. At all times material hereto, Defendant, MARCIO MENA TRANSPORTATION, INC., controlled the conduct of Defendant, JESSICA PABON, at the time of the collision involving its Motor vehicle.

30. Defendant, JESSICA PABON, negligently operated or maintained the Motor vehicle, owned by Defendant, MARCIO MENA TRANSPORTATION, INC., causing it to impact the vehicle occupied by Plaintiff, ROBERT CORTES.

31. As the principal, master and/or employer of Defendant, JESSICA PABON, Defendant, MARCIO MENA TRANSPORTATION, INC., is vicariously liable for the fault of Defendant, JESSICA PABON.

32. That by virtue of being the owner of the subject Motor vehicle, Defendant, MARCIO MENA TRANSPORTATION, INC., is vicariously negligent to the same degree as Defendant, JESSICA PABON.

33. As a direct and proximate result of the negligence of Defendant, JESSICA PABON, and Defendant, MARCIO MENA TRANSPORTATION, INC., Plaintiff, ROBERT CORTES, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of

hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, ROBERT CORTES, demands judgment for damages against Defendant, MARCIO MENA TRANSPORTATION, INC., including costs of this action, and further demands a trial by jury on all issues so triable.

## **DEMAND FOR JURY TRIAL**

Plaintiffs, DAISY CORTES and ROBERT CORTES, demands a trial by jury on all issues.

RESPECTFULLY submitted this 12th day of January, 2022.

*/S/ Tiffany M. Faddis*
TIFFANY M. FADDIS, ESQ.
Florida Bar No. 630667
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Phone/Fax: (407) 845-1756
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Tfaddispleadings@newlinlaw.com